**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   MICHAEL MARZOCCA, JR.    Case No.:  10-27939 DHS

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $2,075.00, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

| | |
|---|---|
| Payee Name & Address: | Everhome Mortgage<br>8100 Nations Way<br>Jacksonville, FL 32256 |
| Amount: | $2,075.00 |
| Trustee Claim Number: | 0007 |
| Reason: | Not Cashing |

April 21, 2011    /s/Marie-Ann Greenberg
                                    MARIE-ANN GREENBERG
                                    CHAPTER 13 STANDING TRUSTEE